UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| STACEY MERCER<br>*an individual*, | CASE NO.: 1:20-cv-07581-LJL |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL<br>WITH PREJUDICE |
| STAGE NECK INN, INC.<br>d/b/a Stage Neck Inn,<br>*a Maine corporation*, | |
| Defendant. | |

--------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff STACEY MERCER ("Plaintiff") and Defendant STAGE NECK INN, INC. d/b/a Stage Neck Inn ("Defendant"), through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: New York, New York
        November 9, 2020

| BASHIAN & PAPANTONIOU, P.C. | JACKSON LEWIS P.C. |
|---|---|
| By: _____ | By: _____ |
| Erik M. Bashian, Esq. | Rebecca M. McCloskey, Esq. |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 500 Old Country Road, Suite 302 | 44 S. Broadway, 14th Floor |
| Garden City, NY 11530 | White Plains, New York 10601 |
| Email: eb@bashpaplaw.com | Email: rebecca.mccloskey@jacksonlewis.com |

**SO ORDERED:**

_____
HON.