UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
STACEY MERCER  
*an individual*,

                Plaintiff,

     v.

STAGE NECK INN, INC.  
d/b/a Stage Neck Inn,  
*a Maine corporation*,

                Defendant.
-------------------------------------------------------X

CASE NO.: 1:20-cv-07581-LJL

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff STACEY MERCER ("Plaintiff") and Defendant STAGE NECK INN, INC. d/b/a Stage Neck Inn ("Defendant"), through their undersigned respective counsel, that the above-entitled action be, and the same hereby is, dismissed with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: New York, New York  
         November 9, 2020

| BASHIAN & PAPANTONIOU, P.C. | JACKSON LEWIS P.C. |
|---|---|
| By: _____ <br> Erik M. Bashian, Esq. <br> *Attorneys for Plaintiff* <br> 500 Old Country Road, Suite 302 <br> Garden City, NY 11530 <br> Email: eb@bashpaplaw.com | By: _____ <br> Rebecca M. McCloskey, Esq. <br> *Attorneys for Defendant* <br> 44 S. Broadway, 14th Floor <br> White Plains, New York 10601 <br> Email: rebecca.mccloskey@jacksonlewis.com |

**SO ORDERED:**

_____  
HON.

11/17/2020